UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MAN WING LAM, <br> Petitioner, | § § § | |
| v. | § | Civil Action No. 1:18-cv-096 |
| | § | |
| DHS-ICE-PORT ISABEL <br> DETENTION CENTER, <br> Respondent. | § § § § | |

# ORDER ADOPTING MAGISTRATE
# JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 10) regarding Petitioner Man Wing Lam's pro se "Petition for a Write of Habeas Corpus under 28 U.S.C. § 2241" (Docket No. 1). No objections were filed; the deadline for filing objections has expired.

After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is therefore, **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Man Wing Lam's pro se "Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241" (Docket No. 1) is **DISMISSED** with prejudice. The clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 15th day of October, 2018

Rolando Olvera
United States District Judge